# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CLAYTON RUSSELL, <br><br> Petitioner, <br><br> vs. <br><br> JAMES SALMONSON, ATTORNEY GENERAL OF THE STATE OF MONTANA, <br><br> Respondents. | **CV-18-19-BU-BMM-JCL** <br><br> **ORDER** |

Petitioner Clayton Russell ("Russell") filed an application for writ of habeas corpus under 28 U.S.C. § 2254 on March 2, 2018. Russell is a state prisoner proceeding pro se. United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendations in this matter on May 7, 2018. (Doc. 4.)

Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Lynch's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Machs., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Russell's petition does not specify the nature of his claims or the factual basis underlying them. (Doc. 3 at 1.) Judge Lynch directed Russell to provide an Amended Petition and a standard application to proceed in forma pauperis by April 28, 2018. *Id*. at 3. Russell did not timely respond to the Court's order.

## I. 28 U.S.C. § 2254 Petition

Judge Lynch determined that Federal Rule of Civil Procedure 41(b) authorizes the Court to dismiss an action if the plaintiff fails to prosecute the action and/or fails to comply with the Court's order. (Doc. 4 at 2.) The Court weighs five factors in determining whether Russell's failure to respond and prosecute warrants dismissal. The Court must weigh the following: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). Judge Lynch determined after examining the five factors that this matter should be dismissed for failure to prosecute and/or for failure to comply with the Court's order. (Doc. 4 at 2.)

## II. Certificate of Appealability

Judge Lynch determined that a certificate of appealability should be denied. *Id*. at 3. "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a), Rules Governing § 2254

Proceedings. A certificate of appealability should issue as to those claims on which a petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standard is satisfied if "jurists of reason could disagree with the district court's resolution of [the] constitutional claims" or "conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Judge Lynch correctly determined that the claims that Russell attempts to advance do not appear to make a substantial showing that he was deprived of a constitutional right. (Doc. 4 at 3.) Further, Russell has not complied with the Court's order to explain or clarify his claims. *Id*. A certificate of appealability is denied because reasonable jurists would find no reason to encourage further proceedings.

**III.  Conclusion**

The Court has reviewed Judge Lynch's Findings and Recommendations for clear error. The Court finds no error in Judge Lynch's Findings and Recommendations, and adopts them in full.

**IT IS ORDERED** that Judge Lynch's Findings and Recommendations (Doc. 4), are ADOPTED IN FULL.

**IT IS ORDERED** that Russell's Petition (Doc. 1) is **DISMISSED** without prejudice for failure to comply with the Court's March 13, 2018 order and/or for failure to prosecute.

**IT IS ORDERED** that the Clerk of Court shall enter a judgment of dismissal.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

DATED this 26th day of June, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge